EULALIA N. MEADS, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted January 25, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*John W. Dunwell* for appellant.

*John Gillette* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH and HAIGHT, JJ., not voting.
Judgment affirmed.